UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BRIAN DAVIS.                                    ORDER OF DISMISSAL
                                                CV-02-4229 (DRH)(MLO)

        -against-

WESLEY BEDNOSKY, et. al.
-----------------------------------------------------------------X

   The plaintiff has not been in contact with the Court since August 18, 2003. New York State Department of Correctional Services Inmate Locator indicated the plaintiff has been released on parole on March 26, 2004.

   IT IS HEREBY ORDERED that the cases are dismissed without prejudice to reopen should plaintiff contact the Court and indicate he is prepared to prosecute this case.

   The clerk is directed to close these cases.

        SO ORDERED.

                                            /S/
                                        DENIS R. HURLEY
                                        United States District Judge

Dated: Central Islip, New York
       June 15, 2005